■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ACEVEDO, Appellant. [807 NYS2d 880]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blackburne, J.), rendered September 13, 2004, convicting him of robbery in the second degree and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we find that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are without merit or do not require reversal. H. Miller, J.P., Crane, Skelos and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYQUAN ARMSTRONG, Appellant. [807 NYS2d 881]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered January 18, 2002, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court failed to adequately address his claim that a juror had slept through the first day of testimony is not preserved for appellate review (*see People v Hicks*, 6 NY3d 737 [2005]; *People v Gonzalez*, 247 AD2d 328, 329 [1998]). We decline to exercise our interest of justice jurisdiction to address the claim (*see* CPL 470.15 [6] [a]). Crane, J.P., Goldstein, Lifson and Dillon, JJ., concur.